United States District
Court for the Puer-
to Rico District

Court File **09-1179 (SEC)**

Jose Carlos Velez
Colon

    Plaintiff

    v.

T-Mobile USA Inc
T-Mobile Puerto Rico LLC

    Defendant

Violations under
Fair Credit Reporting Act

Jury Trial Demanded

RECEIVED & FILED
2009 FEB 24 PM 12:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

---

Request for Service; Request to be appointed to counsel;

Now Comes Jose Carlos Velez-Colon and very respectfully request and prays as follows:

1) That Defendant T-Mobile USA Inc is located in Bellevue, WA. I Am unable to travel or to pay for the service. I respectfully request the assistance of the court. See In forma pauperis request

2) I also respectfully request assistance with the service to T-Mobile Puerto Rico LLC for the reason that I am unable to pay

3) That I am unable to pay a federal attorney, and therefore I request to be appointed to one

Wherefore, plaintiff hereby that the Honorable Court to take notice of the said facts and request.

Respectfully

February 24, 2009

*Jose Vel[ez]*

Jose Carlos Velez Colon
PO Box 142574
Arecibo PR
787-457-4434