RECEIVED & FILED

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
COURT FILE NO.: 3:2009cv01179 (SEC)

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| **JOSE CARLOS VÉLEZ-COLÓN** <br><br> Plaintiff <br><br> v. <br><br> **T-MOBILE USA INC,** <br> **T-MOBILE PUERTO RICO LLC** <br><br> Defendants | VIOLATIONS UNDER <br> FAIR CREDIT REPORTING ACT <br><br><br> JURY TRIAL DEMANDED |

### NOTICE OF VOLUNTARY DISMISAL
### PURSUANT TO FED. R. CIV. P. 41[1]

**Plaintiff** Jose Carlos Vélez-Colón hereby notifies that he is seeking voluntary dismissal of the case of caption before service by the adverse party of an answer or of a motion for summary judgment.

**THE DISMISSAL IS <u>WITHOUT PREJUDICE.</u>**

Respectfully submitted,

PO BOX 142574 Arecibo PR 00614
1 Ave Univ. APTO 1206 Rio Piedras 00925
Telephone: (787) 457-4434
E-mail: jcvelezcolon@yahoo.com

José Carlos Velez-Colon

---

[1] **Rule 41. Dismissal of Actions** (a) VOLUNTARY DISMISSAL: EFFECT THEREOF. (1) *By Plaintiff; by Stipulation.* Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs…"