**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

VELEZ-COLON

    Plaintiff

          **v.**

T-MOBILE U.S.A., INC., et al

    Defendants

Civil No. 09-1179 (SEC)

**JUDGMENT**

Pursuant to Plaintiff's Notice of Voluntary Dismissal (Docket # 9), the instant case is **DISMISSED without prejudice**. Each party shall bear its own costs and fees. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of July, 2009.

                                          *S/Salvador E. Casellas*
                                          SALVADOR E. CASELLAS
                                          U.S. Senior District Judge